**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6737**

WAYNE D. BUTTS,

          Plaintiff - Appellant,

    v.

KATHLEEN SABELIUS, Secretary, The United States Department
of Health and Human Services,

          Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge.  (2:11-cv-00269-MSD-DEM)

Submitted:  November 17, 2011    Decided:  November 23, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne D. Butts, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne D. Butts appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Butts v. Sabelius, No. 2:11-cv-00269-MSD-DEM (E.D. Va. filed May 20, 2011 & entered May 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED